FILED

# UNITED STATES DISTRICT COURT

2004 OCT 20  A 10: 44

## DISTRICT OF CONNECTICUT

U.S. DISTRICT COURT
HARTFORD, CT.

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| VS. | : | No. 3:01CR200 (AWT) |
| JOHN BUTLER | : | OCTOBER 18, 2004 |

## MOTION TO CONTINUE SENTENCING

1.  The defendant, **JOHN BUTLER**, requests a further continuance of the sentencing date now set for November 12, 2004.

2.   The U. S. Supreme Court has yet to render a decision in the case of United States v. Booker, _____ U.S. _____ 125 S.Ct. _____ (argued 10/4/04).  It is widely expected that a decision on that case will be rendered sometime in the first two weeks of November 2004.

3.   The undersigned counsel will be on vacation and out of state from November 4 through the evening of November 11, 2004.  If a decision on Booker is rendered during that period, counsel will not have had an opportunity to review it and analyze it.

4.   There are a number of Blakely type issues involving guideline enhancements that are in contention in this matter and can make substantial difference in the sentence which this court will impose.

5.  Thus, a decision on the Booker case as to the applicability of Blakely

GRANTED. Sentencing is rescheduled for December 2, 2004, at 11:00 a.m. It is so ordered.

Alvin W. Thompson, U.S.D.J.    Hartford, CT    11/12/04

FILED

2004 NOV 12  P 5: 38

U.S. DISTRICT COURT
HARTFORD, CT.