UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| VS. | : | No. 3:01CR200 (AWT) |
| JOHN BUTLER | : | NOVEMBER 23, 2004 |

## MOTION TO CONTINUE SENTENCING

1. The defendant, **JOHN BUTLER**, requests a further continuance of the sentencing date now set for December 2, 2004.

2. The U. S. Supreme Court has not yet rendered a decision in the case of United States v. Booker, ____ U.S. ____ 125 S.Ct. ____ (argued 10/4/04).

3. The undersigned counsel will be on vacation and out of state from December 8 through December 14, 2004. If a decision on Booker is rendered during that period, counsel will not have had an opportunity to review it and analyze it.

4. There are a number of Blakely type issues involving guideline enhancements that are in contention in this matter and can make substantial difference in the sentence which this court will impose.

5. Thus, a decision on the Booker case as to the applicability of Blakely could have substantial impact upon what sentence the court could impose.

The Government takes no position on this motion.

       Respectfully submitted,

       JOHN BUTLER

By:_____
       Richard S. Cramer
       449 Silas Deane Highway
       Wethersfield, CT 06109
       Tel. (860) 257-3500
       Federal Bar No. ct00016
       Email: cramer @ snet.net