GRANTED. Sentencing is [scheduled] for December 20, 2004, at 10:30 a.m. It is so ordered.

Alvin W. Thompson, U.S.D.J.  Hartford, CT  11/30/04

FILED 2004 NOV 30 P 2:20 U.S. DISTRICT COURT HARTFORD CT

UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

UNITED STATES OF AMERICA        :

VS.                             :    No. 3:01CR200 (AWT)

JOHN BUTLER                     :    NOVEMBER 23, 2004

### MOTION TO CONTINUE SENTENCING

1. The defendant, **JOHN BUTLER**, requests a further continuance of the sentencing date now set for December 2, 2004.

2. The U. S. Supreme Court has not yet rendered a decision in the case of <u>United States v. Booker</u>, ___ U.S. ___ 125 S.Ct. ___ (argued 10/4/04).

3. The undersigned counsel will be on vacation and out of state from December 8 through December 14, 2004. If a decision on <u>Booker</u> is rendered during that period, counsel will not have had an opportunity to review it and analyze it.

4. There are a number of <u>Blakely</u> type issues involving guideline enhancements that are in contention in this matter and can make substantial difference in the sentence which this court will impose.

5. Thus, a decision on the <u>Booker</u> case as to the applicability of <u>Blakely</u> could have substantial impact upon what sentence the court could impose.

The Government takes no position on this motion.