UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | |
|---|---|
| UNITED STATES OF AMERICA : | |
| VS. : | No. 3:01CR200 (AWT) |
| JOHN BUTLER : | DECEMBER 6, 2004 |

### MOTION TO CONTINUE SENTENCING

1. The defendant, **JOHN BUTLER**, requests a further continuance of the sentencing date now set for December 20, 2004, at 10 a.m.

2. As stated in previous motions for continuance, the defendant seeks to have his clergyman, Pastor Ralph Gomez, in attendance to testify about extraordinary community service the defendant has engaged in.

3. The result of this testimony will not only be to hopefully receive a sentence at the low end of the guideline range, but to possibly permit a downward departure because of the defendant's extraordinary community service. The undersigned has personally spoken to Pastor Ralph Gomez, and he is unavailable from December 20, 2004, through January 1, 2005. Furthermore, the defendant is a devout Christian and desires to be with his family on Christmas.

WHEREFORE, the defendant requests that the sentencing be continued to the first week of January 2005.

The Government takes no position on this motion.

Respectfully submitted,

JOHN BUTLER


By:_____
Richard S. Cramer
449 Silas Deane Highway
Wethersfield, CT 06109
Tel. (860) 257-3500
Federal Bar No. ct00016
Email: cramer @ snet.net