UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

```
-------------------------------x
                               :
UNITED STATES OF AMERICA       :
                               :
v.                             :    Crim. No. 3:01CR200(AWT)
                               :
JOHN BUTLER                    :
                               :
-------------------------------x
```

**NOTICE TO PARTIES AND COUNSEL**

On Friday, February 25, 2005, without the aid of his court-appointed attorney, the defendant faxed to the chambers of the undersigned a document entitled "Motion to Modify Sentence", which includes an attached letter dated October 2, 2003 from the United States Attorney's office to the defendant's counsel.  Normally, only counsel are able to file motions, but the court has ordered that this document be filed in view of the defendant's expression of uncertainty as to whether he is still represented and his concern about waiving his rights.

The court notes that although the defendant appears to refer to the October 2, 2003 letter as the "original plea agreement", that letter does not constitute a plea agreement. The original, and only, plea agreement is the one dated November 12, 2003. (See Doc. No. 93.) Also, although the October 2, 2003 letter refers to the possibility of the

defendant being safety-valve eligible, it was clear at the time of sentencing that the defendant is not safety-valve eligible. Finally, as the court explained to the defendant during the sentencing on February 15, 2005, the defendant has waived his right to appeal the sentence in this case because the sentence imposed did not exceed 78 months.

Before any other paper is filed by or on behalf of the defendant in this case, he and his counsel should clarify whether defense counsel's representation of the defendant has ended.

Dated this 28th day of February 2005, at Hartford, Connecticut.

_____/s/_____
Alvin W. Thompson
United States District Judge