UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

FILED

UNITED STATES OF AMERICA

CRIMINAL NO.: 3:01CR200(JBA) 8:08

v.

U.S. DISTRICT COURT
HARTFORD, CT.

JOHN BUTLER, et al.

## MOTION TO MODIFY SENTENCE

DEFENDANT, JOHN BUTLER, files this motion to modify sentence in proper person, and states:

1. On February 15, 2005, after the sentencing of Defendant, the court advised that the defendant had ten (10) days to file any objection to the sentencing.

2. Defendant has spoken with his Court-appointed attorney earlier in the week about this issue, but was unable to reach him today, but believes he has been discharged.

3. In an abundance of caution and to prevent any waiver of my rights, I am filing this request that the court review the plea negotiations and agreement originally reached in this cause, as evidenced by the U.S. Attorney's letter of October 10, 2003, which is attached hereto, marked Exhibit A, and incorporated herein by reference.

4. Said agreement provides for a range of 46 months to 71 months, which 46 months is some 14 months below the minimum mandatory sentence the court seems restricted to impose.

5. It is my understanding now that this reduction to 46 months could only occur if the government were to file a superceding information without the minimum

*[Handwritten annotation in left margin:]* The Clerk shall docket this motion. This motion is hereby DENIED because the defendant is not safety-valve eligible and could not have received a sentence of less than 60 months. It is so ordered.

Alvin W. Thompson, U.S.D.J.
3/1/2005
Hartford, CT

mandatory sentence, or other similar modification of the proceedings.

6. Defendant flew to Hartford for his appearance and entry of the plea before the court. Just prior to the hearing, an issue was brought forward between counsel and the probation officer.

7. Thereafter, counsel and the court conducted an *in camera* hearing without my presence or waiver of my appearance. It is also believed that no report of those proceedings was made.

WHEREFORE, defendant moves this court to review the original plea agreement between the parties and the proceedings that occurred thereafter to change those terms; to determine if Defendant's constitutional rights were violated or prejudiced; and to determine whether defendant is entitled to further relief from the limits of the sentence imposed, either by enforcement of the agreement in question or other remedy.

I HEREBY CERTIFY that a true copy hereof has been faxed this date to the court and mailed to the U.S. Attorney's Office, P.O. Box 1824, New Haven, CT 06510.

Respectfully submitted,

JOHN N. BUTLER
4294 Hempstead Ct. NW
Kennesaw Ga. 30144

John N. Butler, *Pro Se*