UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

UNITED STATES OF AMERICA                               CASE 3:01CR200AJT

   V.

JOHN N. BUTLER


MOTION FOR MODIFICATION OF SENTENCE
PURSUANT TO RULE 35 AND 3582

Comes now the Petioner/Defendant in the above styled case and moves this Court to use its discretionary power to modify Petioners sentence to home confinement.

1. On February 15, 2005 Petioner was sentenced by this Court and submits this motion within 120 days of sentence per Rule 35.

2. The Appeals Circuits are once again split on post Booker applications as to "reasonable" consistent with the Courts mandate in striking down the Manadatory Sentencing Guidelines. The courts are now being asked to consider factors that were not required pre Booker, such as the impact on family and in keeping with 18 U.S.C. 3553 (a)

3. I am asking this Court to reconsider this sentence in light of those factors that create a family hardship, that would be remedied by my ability to provide for my family, through home confinement or house arrest while meeting the goals of the court.

4. <u>Mitigating Factors</u>
This court is aware that my wife Patrice and three daughters are suffering severe emotional and financial distress. I am also aware that this court is aware of the emotional strain that my actions have brought on them. Since my surrender wife's health and emotional well-being has deteriorated and there are no funds to pay for our family's needs. Because of my wife's heart condition, the stress factor she is enduring could be fatal. Her doctor has recommended a heart procedure that she is reluctant to have done because there is no one to care for the children. The emotional distress of all of this is now a double-edged sword, while I understand that my bad actions brought all of this about, I do not feel that post Booker matters were included in the sentencing process.

5. My wife is a recently naturalized citizen, recieving her citizenship in November 2004, and we are in pursuit of the american dream. I took a short cut in desperation, not thinking, and I take full responsibility for my actions. I accept my responsibility and would not ask this court for consideration if it were not for the family that I love so dearly and I would do anything to undo the pain, agony and financial hardships I have caused them, throughout this ordeal my family has sufffered greatly.

6. <u>Conclusion</u>
Petioner respectfully asks this court to review the sentence given, and in keeping with post Booker guidelines, that pursuant to 3553 (a) ask this court to consider the facts as outlined in this motion. In 18 U.S.C. 3582 the statement is also made that "incarceration does not meet the standard of rehabilitation" and the court should look to other options in lieu of prison. I again accept and confirm my

guilt, but ask this court to reconsider the sentence that could have been given if all facts were considered post <u>Booker</u>.

Respectfully Submitted this 12th day of May 2005.

*[signature: John N. Butler]*

John N. Butler    # 62615-004
FPC Atlanta
P.O. Box 15060
Atlanta, Georgia 30315