**UNITED STATES DISTRICT COURT**
**DISTRICT OF CONNECTICUT**

```
------------------------------x
                              :
UNITED STATES OF AMERICA      :
                              :
                              :
v.                            :  Crim. No. 3:01CR200(AWT)
                              :
JOHN N. BUTLER                :
                              :
------------------------------x
```

**ENDORSEMENT ORDER**

    The defendant's "Motion for Modification of Sentence Pursuant to Rule 35 and 3582" (Doc. No. 145) is hereby DENIED because the arguments made by the defendant could not support a modification of his sentence pursuant to Federal Rule of Criminal Procedure 35.

    It is so ordered.

    Dated at Hartford, Connecticut this 17th day of May 2005.



                                             Alvin W. Thompson
                                  United States District Judge